LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN KEN TAISIPIC, <br><br> Defendant. | CRIMINAL CASE NO. 06-00022 <br><br> **INDICTMENT** <br><br> **HOBBS ACT ROBBERY** <br> [18 U.S.C. §§ 1951(a) & 2] (Count 1) <br> **USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE** <br> [18 U.S.C. §§ 924(c)(1)(A)(ii) & 2] <br> (Count 2) <br> **FELON IN POSSESSION OF A FIREARM** <br> [18 U.S.C. §§ 922(g)(1) & 924(a)(2)] <br> (Count 3) <br> **POSSESSION OF AMMUNITION BY A FELON** <br> [18 U.S.C. §§ 922(g)(1) and 924(a)(2)] <br> (Count 4) |

THE GRAND JURY CHARGES:

### COUNT I - HOBBS ACT ROBBERY

On or about June 24, 2006, in the District of Guam, JUSTIN KEN TAISIPIC, the defendant, unlawfully, wilfully and knowingly, committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), by unlawfully taking and obtaining personal property and property in that person's custody and possession, against that person's will, by means of actual and threatened force, and violence, and fear of injury, immediate and future, to that person and that person's property, and property in that person's custody and possession, and

-1-

thereby obstructed, delayed and affected commerce, and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, 1951(b)(3), namely JUSTIN KEN TAISIPIC, the defendant robbed the Hafa Adai Pachinko Parlor and the cashier Yu Yo Pak, in violation of Title 18, United States Code, Sections 1951(a) and 2.

### COUNT II - USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE

On or about June 24, 2006, in the District of Guam, JUSTIN KEN TAISIPIC, the defendant, unlawfully, knowingly, and wilfully, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the Hobbs Act Robbery charged in Count One of this Indictment, used and carried a firearm, and in furtherance of such crimes, possessed such firearm, and brandished such firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

### COUNT III - FELON IN POSSESSION OF A FIREARM

On or about June 24, 2006, in the District of Guam, JUSTIN KEN TAISIPIC, the defendant, having been convicted in the Superior Court of Guam on or about October 14, 2003, of a crime punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce firearms, to wit: 9 millimeter Ruger pistol, revolver, Serial Number 300-53394, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT IV - POSSESSION OF AMMUNITION BY A FELON

On or about June 24, 2006, in the District of Guam and elsewhere, JUSTIN KEN TAISIPIC, the defendant herein, having been convicted of a felony offense; to wit, one count of Theft of a Motor Vehicle (As a Second Degree Felony), Theft of Property (As a Third Degree Felony), and Criminal Mischief (As a Third Degree Felony) on October 14, 2003, under the Superior Court of Guam, Case No. CF521-02; possessed in and affecting commerce,

-2-

Case 1:06-cr-00022    Document 1    Filed 07/26/2006    Page 2 of 3

ammunition, to wit: nine (9) unexpended 9 millimeter bullets, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

DATED this 26 day of July, 2006.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney