| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**
City ___Hagåtña___

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **06-00022**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes ____ No

Defendant Name   JUSTIN KEN TAISIPIC

Alias Name   _____

Address   _____

Agana Heights, Guam

Birthdate XX/XX/1985   SS# XXX-XX-3457   Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA   Rosetta San Nicolas

Interpreter: __X__ No ____ Yes   List language and/or dialect: _____

**RECEIVED JUL 26 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __4__   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1951(a) & 2 | Hobbs Act - Robbery | 1 |
| Set 2 | 18 USC 924(c)(1)(A)(ii) & 2 | Using and Carrying a Firearm During a Crime of Violence | 2 |
| Set 3 | 18 USC 922(g)(1) & 924(a)(2) | Felon in Possession of a Firearm | 3 |
| Set 4 | 18 USC 922(g)(1) & 924(a)(2) | Possession of Ammunition by a Felon | 4 |

(May be continued on reverse)

Date: 7/24/06   Signature of AUSA: [signature]