ORIGINAL

1  justintaisipicwrit

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6
   Attorneys for the United States of America
7

**FILED**

DISTRICT COURT OF GUAM

JUL 28 2006

MARY L.M. MORAN
CLERK OF COURT

8

9               **IN THE UNITED STATES DISTRICT COURT**

10                   **FOR THE TERRITORY OF GUAM**

11

12
   UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 06-00022
13                                   )
              Plaintiff,             )
14                                   )
              vs.                    )   **WRIT OF HABEAS CORPUS**
15                                   )   **AD PROSEQUENDUM**
   JUSTIN KEN TAISIPIC,             )
16                                   )
              Defendant.            )
17  _____ )

18

19  TO: OFFICER IN CHARGE
        Territorial Detention Center
20      Territory of Guam

21

22         This Court finds that JUSTIN KEN TAISIPIC is now in the custody of the Territorial

23  Detention Center and that said prisoner is required to appear before this Court on August 2, 2006, at

24  1:00 p.m. for his initial appearance/arraignment on the federal charges in the United States District

25  Court of Guam.

26         **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center

27  or his authorized agent or any Federal law enforcement agent shall produce JUSTIN KEN

28  TAISIPIC, before this Court on August 2, 2006 at 1:00 p.m. and whenever necessary hereafter to

1  attend court appearances in the above-entitled case and upon completion of said prosecution and/or

2  court appearances and/or upon further order of the court, return said prisoner to his place of

3  confinement.

4      **SO ORDERED** this _28_ day of July 2006.

5

6

7                              JAMES WARE

                              Designated Judge

8                               District Court of Guam

9

  SUBMITTED BY:

10

  LEONARDO M. RAPADAS

11 United States Attorney

  Districts of Guam and NMI

12

13 By:

14      ROSETTA SAN NICOLAS

      Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28



RECEIVED

JUL 2 6 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM