# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| JUSTIN KEN TAISIPIC | Case Number: CR-06-00022 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

**FILED**
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| Before: **HONORABLE JAMES WARE** | Date and Time<br>**August 2, 2006 at 1:00 p.m.** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ **See Below** _____ United States Code, Section(s) _____

Brief description of offense:

18:1951(a) & 2 - HOBBS ACT ROBBERY (COUNT 1)

18:924(c)(1)(A)(ii) & 2 - USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE (COUNT 2)

18:922(g)(1) & 924(a)(2) - FELON IN POSSESSION OF A FIREARM (COUNT 3)

18:922(g)(1) & 924(a)(2) - POSSESSION OF AMMUNITION BY A FELON (COUNT 4)

| VIRGINIA T. KILGORE, Deputy Clerk | *[signature]* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**July 26, 2006**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 08/02/06 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Marshals' Office Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  8/02/06
             Date

J. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.