# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00022            DATE: August 02, 2006

HON. JAMES WARE, Designated Judge, Presiding
Law Clerk: None Present
Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded: 1:04:04 - 1:09:48
CSO: J. McDonald

**APPEARANCES:**

Defendant: Justin Ken Taisipic     Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond     ☑ Present ☐ Retained
☐ P.R.     ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas     U.S. Agent: Brian Ingargiola, ATF
U.S. Probation: Maria Cruz     U.S. Marshal: C. Marquez / G. Perez
Interpreter:     Language:
☐ Sworn ☐ Previously Sworn

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender, appointed to represent the defendant.
- Defendant sworn.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waived reading of Indictment.
- Plea entered: Not Guilty to all Counts in the Indictment.
- Trial set for: September 19, 2006 at 1:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention.

NOTES:

Trial Order executed.