

FILED
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>   vs.<br><br>**JUSTIN KEN TAISIPIC,**<br><br>            Defendant. | **CRIMINAL** CASE NO. 06-00022<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to July 27, 2006.

Dated this 2nd day of August, 2006.

_____
JAMES WARE, DESIGNATED JUDGE
**DISTRICT COURT OF GUAM**