# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00022　　　　　　　　　　DATE: September 05, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:11:35 - 10:35:47
CSO: B. Benavente

**APPEARANCES:**

Defendant: Justin Ken Taisipic　　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　　U.S. Marshal: C. Marquez / G. Perez
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty to Counts I and II
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: December 27, 2006 at 10:00 a.m.
- Presentence Report due to the parties: October 30, 2006
- Presentence Report due to the Court: December 8, 2006
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: Pen and ink changes made in the plea agreement.