1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**

DISTRICT COURT OF GUAM

SEP - 5 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,      )   CRIMINAL CASE NO. 06-00022
                               )
                    Plaintiff, )
                               )   **REPORT AND RECOMMENDATION**
           vs.                 )   **CONCERNING PLEAS OF GUILTY**
                               )   **IN A FELONY CASE**
JUSTIN KEN TAISIPIC,           )
                               )
                    Defendant. )
_____)

    The defendant, by consent, has appeared before me pursuant to Rule 11 of the Federal

rules of Criminal Procedure, and has entered pleas of guilty to Counts I and II of an Indictment

charging him with Hobbs Act Robbery, in violation of 18 U.S.C. §§ 2 and 1951(a), and Using

and Carrying a Firearm During a Crime of Violence, in violation of 18 U.S.C. §§ 2 and

924(c)(1)(A)(ii), respectively. After examining the defendant under oath, I have determined

that the defendant is fully competent and capable of entering informed pleas, that the guilty

pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are

supported by independent bases in fact establishing each of the essential elements of such

///

///

///

///

1  offenses. I therefore recommend that the pleas of guilty be accepted and that the defendant be

2  adjudged guilty and have sentence imposed accordingly.

3        IT IS SO RECOMMENDED.

4        DATED this _5th_ day of September 2006.

5

6

7                     JOAQUIN V.E. MANIBUSAN, JR.
                   United Stated Magistrate Judge

8

9                     **<u>NOTICE</u>**

10 **Failure to file written objections to this Report and Recommendation within
ten (10) days from the date of its service shall bar an aggrieved party from
attacking such Report and Recommendation before the assigned United States
District Judge. 28 U.S.C. § 636(b)(1)(B).**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28