

**FILED**
DISTRICT COURT OF GUAM

SEP 21 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN KEN TAISIPIC,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00022<br><br>**ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Counts I and II of an Indictment charging him with Hobbs Act Robbery, in violation of 18 U.S.C. §§ 2 and 1951(a), and Using and Carrying a Firearm During a Crime of Violence, in violation of 18 U.S.C. §§ 2 and 924(c)(1)(A)(ii), respectively, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing on December 27, 2006, at 10:00 a.m.

IT IS SO ORDERED.

DATED this 21st day of September 2006.

MORRISON C. ENGLAND*
District Judge

---

* The Honorable Morrison C. England, United States District Judge for the Eastern District of California, sitting by designation.