LEONARDO M. RAPADAS
U.S. Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV -3 2006

MARY L.M. MORAN
CLERK OF COURT

RECEIVED
U.S. Probation Office
NOV 0 3 2006
Districts of Guam
and NMI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>JUSTIN KEN TAISIPIC,<br><br>               Defendant. | CRIMINAL CASE NO. 06-00022<br><br>**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 3rd day of November, 2006.

                                                   LEONARDO M. RAPADAS
                                                   U.S. Attorney
                                                   Districts of Guam and NMI

By: _/s/ Rosetta L. San Nicolas_
       ROSETTA L. SAN NICOLAS
       Assistant U.S. Attorney