


NOV 17 2006

MARY L.M. MORAN
CLERK OF COURT

JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JUSTIN KEN TAISIPIC

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN KEN TAISIPIC<br><br>Defendant. | CR- 06-00022-001<br><br>RESPONSE TO DRAFT PRESENTENCE REPORT; CERTIFICATE OF SERVICE |

**RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, Justin Ken Taisipic, by and through counsel, Richard P. Arens, Assistant Federal Public Defender, respectfully accepts and adopts the factual findings contained in the Draft

ORIGINAL

Presentence Investigation Report.

DATED: Mongmong, Guam, November 16, 2006.

RICHARD P. ARENS
Attorney for Defendant
JUSTIN KEN TAISIPIC

**CERTIFICATE OF SERVICE**

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 16, 2006:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

CARLEEN BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, November 16, 2006.

[signature] Richard Arens

for RENATE DOEHL
Legal Secretary to

RICHARD P. ARENS
Attorney for Defendant
JUSTIN KEN TAISIPIC