JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JUSTIN KEN TAISIPIC



FILED
DISTRICT COURT OF GUAM

DEC 22 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-06-00022 |
| | ) | |
| Plaintiff, | ) | STIPULATED MOTION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| JUSTIN KEN TAISIPIC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATED MOTION TO CONTINUE SENTENCING HEARING

The parties in the above-stated matter, the defendant through counsel, Richard Arens and the United

States of America, hereby motion this Honorable Court to continue the Sentencing Hearing currently

scheduled for December 27, 2006 to a date approximately 90 days from the

ORIGINAL

scheduled hearing, at a date and time convenient to the Court.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 21, 2006.

RICHARD P. ARENS
Attorney for Defendant
JUSTIN KEN TAISIPIC

ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

2