JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JUSTIN KEN TAISIPIC

**FILED**
DISTRICT COURT OF GUAM

DEC 22 2006

**MARY L.M. MORAN
CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-06-00022 |
| Plaintiff, | ) ORDER RE: STIPULATION TO<br>) CONTINUE SENTENCING HEARING |
| vs. | ) |
| JUSTIN KEN TAISIPIC, | ) |
| Defendant. | ) |

ORDER RE: STIPULATION TO CONTINUE SENTENCING HEARING

The Stipulation filed on December 22, 2006, to continue the sentencing hearing presently scheduled for December 27, 2006, is hereby approved and it is so ordered that the

**ORIGINAL**

sentencing herein is rescheduled for  March 28  , 2007, at 9:30 a.m.  In addition, the justification shall remain under seal until further notice.

IT IS APPROVED AND SO ORDERED:

DATED: Hagatna, Guam, 12-22-2006  .

_____
The Honorable FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

2