LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| | ) | |
| JUSTIN KEN TAISIPIC, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the justification for continuing the sentencing be filed under seal and remain sealed until the conclusion of the case.

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Mar 23, 2007**