LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO CONTINUE** |
| vs. | ) | **SENTENCING** |
| | ) | |
| JUSTIN KEN TAISIPIC, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED** that the Sentencing currently scheduled for March 28, 2007, is hereby rescheduled to April 25, 2007, at 9:30 a.m.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 23, 2007**