justintaisipicstp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00022 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE SENTENCING** |
| JUSTIN KEN TAISIPIC, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Richard Arens, hereby motion this Honorable Court to continue the Sentencing hearing currently scheduled for April 24, 2007, and that it be continued for one (1) month, at a date and time to be selected by the court at it's convenience.

4/23/07
DATE

RICHARD P. ARENS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

4-23-07
DATE

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney