LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00022 |
|---|---|---|
| Plaintiff, | ) | **MOTION TO FILE JUSTIFICATION UNDER SEAL** |
| vs. | ) | |
| JUSTIN KEN TAISIPIC, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file under seal its justification of the parties' stipulation to continue the sentencing hearing. The government makes this motion for the reasons set forth in detail in the memorandum.

RESPECTFULLY SUBMITTED this 23 day of April 2007.

                                                LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

By: _____
         ROSETTA L. SAN NICOLAS
         Assistant U.S. Attorney