LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN KEN TAISIPIC,<br><br>Defendant. | CRIMINAL CASE NO. 06-00022<br><br>**ORDER TO CONTINUE SENTENCING** |

**IT IS SO ORDERED** that the Sentencing currently scheduled for April 24, 2007, is hereby rescheduled to June 19, 2007, at 9:30 a.m.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Apr 23, 2007**