1   LEONARDO M. RAPADAS
    United States Attorney
2   ROSETTA L. SAN NICOLAS
    Assistant U.S. Attorney
3   Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
4   Hagatna, Guam 96910
    PHONE: 472-7332
5   FAX: 472-7334

6   Attorneys for the United States of America

7

8
                 IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE TERRITORY OF GUAM
10

11
  UNITED STATES OF AMERICA,      )   CRIMINAL CASE NO. 06-00022
12                                )
                  Plaintiff,   )
13                                )     **O R D E R**
              vs.              )
14                                )
  JUSTIN KEN TAISIPIC,          )
15                                )
                 Defendant.   )
16   _____)

17

18         **IT IS HEREBY ORDERED** that the justification for continuing the sentencing be filed

19   under seal and remain sealed until the conclusion of the case.

20         **SO ORDERED**.

21



                                      **/s/ Frances M. Tydingco-Gatewood**
22                                             **Chief Judge**
                                     **Dated: Apr 23, 2007**
23

24

25

26

27

28