# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00022-001           DATE: June 19, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:09:43 - 10:14:30
                                                                      1:49:41 - 2:20:15
                                                                      (2:02:00 - 2:20:12
                                                                      sealed portion)

CSO: F. Tenorio

**APPEARANCES:**

Defendant: Justin Ken Taisipic          Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas         U.S. Agent: Brian Ingargiola, A.T.F.
U.S. Probation: Carleen Borja             U.S. Marshal: D. Punzalan / G. Perez
Interpreter:                                      Language:

**PROCEEDINGS: Sentencing**
- Court continued the sentencing.
- Parties were instructed to notify the clerk once they have obtained the necessary information so the matter could be set on calendar for hearing.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: