JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JUSTIN KEN TAISIPIC



FILED
DISTRICT COURT OF GUAM
SEP 1 2 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-06-00022 |
| ) | |
| Plaintiff, ) | JOINT REQUEST FOR ORDER |
| ) | PERMITTING DEFENDANT TO GET |
| vs. ) | MARRIED |
| ) | |
| JUSTIN KEN TAISIPIC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, JUSTIN KEN TAISIPIC, by and through the parties herein submit a joint request for an order permitting defendant to get married prior to sentencing. The parties further request an order directing the Director of the Department Corrections to coordinate with the Director

//

//

//

**ORIGINAL**

of the Department of Public Health to facilitate the marriage.

DATED: Mongmong, Guam, September 10, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
JUSTIN KEN TAISIPIC

_____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Attorney for Plaintiff

2