JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:	(671) 472-7111
Facsimile:	(671) 472-7120

Attorney for Defendant
JUSTIN KEN TAISIPIC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR-06-00022 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER re |
| | ) | JOINT REQUEST FOR ORDER |
| vs. | ) | PERMITTING DEFENDANT TO GET |
| | ) | MARRIED |
| JUSTIN KEN TAISIPIC, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS APPROVED AND ORDERED** that the Defendant has the court's permission and shall not be prohibited by this court from getting married while confined at the Department of Corrections.

SO ORDERED:



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Sep 18, 2007**