

justintaisipic2stp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 0 9 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00022 |
| Plaintiff, | **STIPULATED MOTION TO SET SENTENCING DATE** |
| vs. | |
| JUSTIN KEN TAISIPIC, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Richard Arens, hereby motion this Honorable Court to set a sentencing date. As requested by the court, attached is the lab results showing the results of the latent print test done on the cartridges.

DATED: 1/8/08

RICHARD ARENS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 1/8/08    By: 

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

# GUAM POLICE DEPARTMENT
# LABORATORY REPORT

## ADDENDUM

Page 1 of 1

| | | |
|---|---|---|
| **CLASSIFICATION** ROBBERY | | **SEAL TYPE** ■ Intact ☐ Broken ☐ None taped |
| **EVENT NUMBER** 06-16055 | **LAB NUMBER** 13994 | **LATENT PRINT NUMBER** | **DATE / TIME RECEIVED** AUG. 01, 2006 2:00pm |
| **SUSPECT NAME(S)** Taisapic, Justin Ken | | **VICTIM NAME(S)** |
| **SUBMITTING OFFICER / AGENT & I.D. NUMBER** ATF AGENT BRAIN INGARGIOLA | **SUBMITTING AGENCY** ☐ GPD ■ other ATF Guam Field Office |
| **CONFISCATING OFFICER / AGENT & I.D. NUMBER** RCT. J.C. FERNANDEZ | **CONFISCATING AGENCY** ■ GPD ☐ Other NPD, TTPC |

☐ DRUG  ☐ BLOOD  ☐ FIREARMS  ■ LATENT PRINTS
☐ TOXICOLOGY  ☐ SEMEN  ☐ TOOL MARK  ☐ FIRE
☐ OTHER (specify):

| ITEM NO. | DESCRIPTION |
|---|---|
| 3 | Nine (09) 9mm Federal cartridges. |

**TEST RESULTS / COMMENTS:**

3 — Latent print processing, using conventional black powder was performed on nine (09) 9mm cartridges at the request of the submitting officer, with negative results.

It is noteworthy to mention that due to the manner in which the items were packaged (scotch taped to a cardboard box) latent processing was not conducted when the items were first received.

**EXAMINED BY** POIII John Tyquiengco

**DATE** 06/20/07

**APPROVED BY**