LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00022 |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | |
| JUSTIN KEN TAISIPIC, | ) | |
| Defendant. | ) | |

Upon stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that sentencing shall be set in this case for March 24, 2008 at 9:00 a.m.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jan 29, 2008**