CASE NO.: CR-06-00022-001                           DATE: March 24, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                             Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos                Electronically Recorded: 9:31:34 - 9:44:01
Virginia T. Kilgore                                                        9:45:20 - 11:08:14
                                                                  (Sealed: 9:35:10 - 10:06:26)
CSO: D. Quinata

**APPEARANCES:**
Defendant: Justin Ken Taisipic                    Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.                 ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas                U.S. Agent: John Quintanilla, DEA
U.S. Probation: Carleen Borja                     U.S. Marshal: V. Roman/D. Punzalan
Interpreter:                                       Language:

**PROCEEDINGS: Sentencing**
- Oral motion for downward departure as to Count I <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>10 months for Count 1 and 84 months for Count 2. The sentences shall be served consecutively with credit for time served (approximately 642 days). While in prison, Defendant shall participate in the 500 hour drug treatment program and any educational and vocational programs to obtain his high school degree.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years for Count 1 and 3 years for Count 2 to be served concurrently</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $200.00 to be paid immediately after sentencing.
- Court orders defendant to write letters of apology to the victims.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service for processing.

NOTES: