ORIGINAL

justintaisipicdismiss

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 2 4 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN KEN TAISIPIC,<br><br>Defendant. | CRIMINAL CASE NO. 06-00022<br><br>**MOTION TO DISMISS<br>COUNTS 3 AND 4<br>OF INDICTMENT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that counts 3 and 4 of the Indictment in the above cause against defendant, JUSTIN KEN TAISIPIC, be dismissed, for the reason that the defendant has been sentenced to Counts 1 and 2 of said indictment on March 24, 2008.

Respectfully submitted this 24th day of March 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney