LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO DISMISS** |
| vs. | ) | **COUNTS 3 AND 4** |
| | ) | **OF INDICTMENT** |
| JUSTIN KEN TAISIPIC, | ) | |
| | ) | |
| Defendant. | ) | |

The United States' Motion to Dismiss Counts 3 and 4 of the Indictment as to defendant, JUSTIN KEN TAISIPIC, is hereby granted.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Mar 25, 2008**